# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois
__Eastern_____ Division

**RECEIVED SMB**
**7/11/2023**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Jermaine Applewhite

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Experian Information Solutions, INC, Trans Union, LLC, Eqifax Information Services, LLC

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 23-CV-4488
Judge Ellis
Magistrate Judge Fuentes
CAT 2
RANDOM

*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jermaine Applewhite |
   | Street Address | 3905 Tower Drive A508 |
   | City and County | Richton Park |
   | State and Zip Code | Illinois 60471 |
   | Telephone Number | 630-886-9740 |
   | E-mail Address | Jermaine7414@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: Experian Information Solutions, INC
    Job or Title *(if known)*:
    Street Address: 475 Anton Boulevard
    City and County: Costa Mesa
    State and Zip Code: California 92626
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 2

    Name: Trans Union LLC
    Job or Title *(if known)*:
    Street Address: 555 W. Adams Street
    City and County: Chicago Illinois 60661
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3

    Name: Equifax Information Services, LLC
    Job or Title *(if known)*:
    Street Address: 1550 Peachtree Street, NW, H46
    City and County: Atlanta Georgia 30309
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 usc 1028A Aggravated identity theft

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$2,000,000 from each Defendant for knowingly stealing my private information without my consent

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I never gave the defendants consent to have my private information they have stolen my social security number and has weaponized it against me for many years without my knowledge. Once I looked on the back of my social security card it said do not give this number out to anyone. I never gave the defendants my social security number and they have open a whole elaborate mechanism which is call the Credit Reporting Agency. I never gave them lawful authority to use my social security number in anyway shape, form or fashion. This is aggravated identity theft and its a felony under 18 usc 1028A and this court can grant me relief under 15 usc 6823 criminal penalty.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want $2,000,000 from each defendant for stealing my information that I never lawfully gave to them and weaponizing it against me to this present day damaging my credit reputation. I order the court to grant the plaintiff relief under 18 usc 1028A and 15 usc 6823 criminal penalty. I am entitled to this because they have stolen my identity without my lawful consent and weaponized my private information against me.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-11-2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Jermaine Applewhite

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____