IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jermaine Applewhite,

Plaintiff(s),

v.

Experian Information Solutions, Inc et al,

Defendant(s).

Case No. 23-cv-4488
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court finds that it lacks subject matter jurisdiction and that this complaint fails to state a claim. The Court dismisses this case with prejudice and terminates this matter.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis.

Date: 3/29/2024                    Thomas G. Bruton, Clerk of Court

                                   Rhonda Johnson, Deputy Clerk